IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN W. MIKITSON and<br>DIANE K. MIKITSON, | )<br>)<br>) | 4:11CV3148 |
| Plaintiffs, | )<br>) | |
| | ) | **JUDGMENT** |
| v. | )<br>) | |
| ELOISA PEREZ, | )<br>) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 21) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

August 24, 2012.                BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge